No. 1187, Misc. JOHNSON v. ZIMMER ET AL. Supreme Court of New York, Kings County. Certiorari denied.

No. 1189, Misc. CRISWELL v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 1190, Misc. HALL v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1193, Misc. TUCKER v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1194, Misc. BOOTH v. BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 1195, Misc. BRONSON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1197, Misc. PATTERSON v. ALABAMA ET AL. Supreme Court of Alabama. Certiorari denied.

No. 1198, Misc. REED v. SIGLER, WARDEN. Supreme Court of Nebraska. Certiorari denied.

No. 1201, Misc. BRADEY v. RIBICOFF, SECRETARY OF THE DEPARTMENT OF HEALTH, EDUCATION AND WELFARE. C. A. 4th Cir. Certiorari denied. *John Bolt Culbertson* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Morton Hollander* and *David L. Rose* for respondent.

No. 1204, Misc. BROOKS v. RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.